ACCEPTED
06-15-00143-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/1/2015 4:49:26 PM
DEBBIE AUTREY
CLERK

No. 06-15-00143-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/2/2015 8:24:00 AM
DEBBIE AUTREY
Clerk

In the Court of Appeals
For the Sixth Court of Appeals District
Texarkana, Texas

DELBERT SISEMORE VS. THE STATE OF TEXAS

ON APPEAL FROM 102ND DISTRICT COURT, BOWIE COUNTY, TEXAS
TRIAL COURT CAUSE NO. 14F0490-102

## MOTION TO SUBSTITUTE COUNSEL

COFER LAW, P.C.
Cody L. Cofer
State Bar No. 24066643
300 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
ccofer@coferlaw.com
Telephone: (817) 810-9395
Facsimile: (817) 764-7377

*Counsel for Delbert Sisemore*

## Identity of Parties and Counsel

**Appellant/Defendant:**

**Appellant/Defendant's Appellate Counsel:**

Derric Scott McFarland
State Bar No. 24048646
602 Pine Street
P.O. Box 1048
Texarkana, Texas 75504-1048
Telephone: (903) 798-3547
Facsimile: (888) 840-0138

**State of Texas:**

**State of Texas Appellate Counsel:**

Bowie County District Attorney's Office
Lauren Sutton
State Bar No. 24079421
601 Main
Texarkana, Texas 75501
Telephone: (903) 735-4800
Facsimile: (903) 735-4819

**TO THE HONORABLE SIXTH COURT OF APPEALS:**

Pursuant to Texas Rule of Appellate Procedure 6, the Appellant, Delbert Sisemore, files this *Motion to Substitute Counsel*, requesting that the Court grant permission for Derric Scott McFarland to withdraw and to substitute Cody L. Cofer as attorney of record for Appellant in this appeal.

Derric Scott McFarland was previously appointed to represent Appellant in this appeal. Appellant no longer desires to be represented by Derric Scott McFarland.

Cody L. Cofer, State Bar Number 24066643, 300 Throckmorton Street, Suite 500, Fort Worth, Texas 76102, telephone 817-810-9395, facsimile 817-764-7377, has been retained to represent Delbert Sisemore in this appeal.

This Motion is not brought for delay, but to allow Appellant to be represented by counsel of his choice.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

### PRAYER FOR RELIEF

For the reasons set forth above, Appellant, Delbert Sisemore, requests that this Court grant this *Motion to Substitute Counsel* and enter an Order allowing Derric Scott McFarland to withdraw from representing Appellant, and to substitute

Cody L. Cofer as attorney of record in this cause. Delbert Sisemore requests all other relief to which he may be entitled.

Respectfully submitted,

COFER LAW, P.C.
111 N. Houston Street, Suite 222
Fort Worth, Texas 76102
Tel: (817) 810-9395
Fax: (817) 764-7377

By: _____
Cody L. Cofer
State Bar No. 24066643
Attorney for Delbert Sisemore

AGREED TO:

By: _____
Derric Scott McFarland
State Bar No. 24048646

# CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that on November 30, 2015, a copy of this motion was sent by facsimile to:

Derric Scott McFarland
State Bar No. 24048646
602 Pine Street
P.O. Box 1048
Texarkana, Texas 75504-1048
Telephone: (903) 798-3547
Facsimile: (888) 840-0138

Bowie County District Attorney's Office
Lauren Sutton
State Bar No. 24079421
601 Main
Texarkana, Texas 75501
Telephone: (903) 735-4800
Facsimile: (903) 735-4819

_____
Cody L. Cofer